FRANK WOLF, Respondent, v. JOHN J. DEVITT, Appellant.

*Wolf* v. *Devitt*, 88 App. Div. 42, affirmed.
(Argued June 17, 1904; decided October 25, 1904.)

APPEAL from a judgment entered May 19, 1903, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff, and granting a new trial and directed judgment in accordance with the verdict.

*John F. Brennan* for appellant.

*Emerich Kohn* and *Abraham Brekstone* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not voting: VANN, J.

---

In the Matter of the Application of CLARK D. RHINEHART, et al., for a Peremptory Writ of Mandamus, Appellants, v. WILLIAM C. REDFIELD, as Commissioner of Public Works for the Borough of Brooklyn, Respondent.

*Matter of Rhinehart* v. *Redfield*, 93 App. Div. 410, affirmed.
(Argued October 5, 1904; decided October 25, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1904, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to grant a permit to the relators to open certain streets in the borough of Brooklyn.

*Jesse Stearns* for appellants.

*John J. Delany*, *Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.